23 A.3d 1053

William T. HUBBARD, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.

Supreme Court of Pennsylvania.

July 19, 2011.

202

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of July, 2011, the Order of the Commonwealth Court is hereby **AFFIRMED.**